Sarah H. Barnes and Others, Plaintiffs, v. Midland Railroad Terminal Company, Defendant.— Motion granted, and order of reference to David F. Manning, Esq. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller. JJ.

Henry L. Brant, Appellant, v. Philip C. Sieger, Respondent.— Motion granted, without costs, so as to amend the second notice of appeal by striking out as surplusage that part which appeals from the judgment, and by striking out the words thereof "denying plaintiff's motion to vacate said judgment and for a new trial in this action," and inserting instead thereof ".denying the plaintiff's motion to vacate said judgment upon the exceptions taken on the trial, as contrary to the evidence or contrary to the law, or in the alternative, modifying said judgment." Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.

Alexander Caplan, Appellant, v. Harry Guion and Benjamin Reed, Respondents. Adolph Benevy, Appellant.— Motion granted, with ten dollars costs. Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.

Columbia Paper Bag Company, Respondent, v. Louis L. Lentin, Appellant.— Motion for stay denied, with ten dollars costs, and stay granted in the order to show cause vacated. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

The Commercial Trust Company of New York, Respondent, v. Walter A. Peck and Others, Defendants. Maria A. Bird, Appellant.— Motion denied, with ten dollars costs. Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.

Daniel Deegan, Respondent, v. Gutta Percha and Rubber Manufacturing Company, Appellant.— Motion denied. Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.

William P. Dodd, Respondent, v. William J. Anderson, Administrator, etc., of William H. Anderson, Deceased, Appellant.— Motion for leave to appeal to the Court of Appeals granted and question certified as follows . Does the complaint state a cause of action? Present — Woodward, Jenks, Gaynor and Miller, JJ.; Burr, J., taking no part.

Guiseppe Esposito, Appellant, v. Societa Italiana Di Mutuo Soccorso Di Brooklyn, Respondent.—Motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.